Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**LASANDRA PRICE**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>LEWIS INVESTMENT COMPANY, LLC, a California corporation; and Does 1-10,<br><br>         Defendants. | Case No.: 2:21-cv-00621-DMG-JC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY STIPULATED by and between the Plaintiff LaSandra Price on the one hand, and Defendant Lewis Investment Company LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

enter a dismissal with prejudice of Defendants Lewis Investment Company LLC, from Plaintiff's Complaint, Case Number 2:21-cv-00621-DMG-JC. The parties herein reached settlement of the present action.

Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: August 5, 2021          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, LaSandra Price

Dated: August 5, 2021          **FINNERTY LAW OFFICES, INC.**

By: /s/ KATHLEEN E. FINNERTY
    KATHLEEN E. FINNERTY, Esq.
    Attorneys for Defendant, Lewis Investment Company LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff LaSandra Price

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS