**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>LEWIS INVESTMENT COMPANY, LLC, a California corporation; and Does 1-10,<br><br>         Defendants. | Case No.: CV 21-621-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [49]** |

Pursuant to the parties' stipulation and Fed. R. Civ. P. 41, and good cause appearing,

**IT IS ORDERED THAT:**

Plaintiff LaSandra Price's action against Defendant Lewis Investment Company LLC is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

DATED:  August 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE